**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DOLLY CICCARIELLO,**

    **Plaintiff,**

v.                                                   Case No.  8:07-cv-592-T-30TGW

**KASH N' KARRY FOOD STORES, INC.,**
**et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Judgment (Dkt. 69).  Upon consideration, it is ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Entry of Judgment (Dkt. 69) is **GRANTED**.

2. The Clerk is directed to enter **FINAL SUMMARY JUDGMENT** against Plaintiff Dolly Ciccariello and in favor of Defendants John C. Esposito, Thomas Goldberg, Louis Mion, the Town of Kenneth City, and Kash n' Karry Food Stores, Inc.

**DONE** and **ORDERED** in Tampa, Florida on January 5, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-592.enter judgment.frm